IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:26-CV-00009-BO-BM

| | | |
|---|---|---|
| JEFFREY DANCEY, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HALIFAX POST OFFICE, Defendant. | ) | |

This *pro se* cause comes before the Court on the memorandum and recommendation (M&R) of United States Magistrate Judge Brian S. Meyers [DE 6]. The Court also considers plaintiff's motion to proceed *in forma pauperis* [DE 2]. The M&R, filed on July 20, 2026, recommends the case be dismissed without prejudice for failure to prosecute. The plaintiff has filed no objection, and the time for doing so has expired. For the following reasons, the recommendation of the magistrate judge [DE 6] is ADOPTED.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On

clear error review, the court has no obligation to explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 6] is ADOPTED in full. This case is DISMISSED WITHOUT PREJUDICE. Accordingly, plaintiff's application to proceed *in forma pauperis* [DE 2] is DENIED as MOOT. The Clerk is DIRECTED to close the case.

SO ORDERED, this 7 day of October, 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE